| | |
|---|---|
| DATE: | 1/23/2023 |
| LOCATION: | Sherman |
| JUDGE: | Christine Nowak |
| DEP. CLERK: | K. Lee |
| RPTR/ECRO: | Digital Recording |
| USPO: | S. Arterberry |
| INTERPRETER: | N/A |
| BEGIN/END: | 9:15 a.m. / 9:20 a.m. |
| TOTAL TIME: | |

CASE NUMBER 4:22-CR-00289-1

USA v. <u>Guy Wesley Reffitt</u>

<u>Will Tatum</u>
AUSA

<u>Mike Pannitto</u>
Defense Attorney

**FILED**
JAN 23 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

☑ INITIAL APPEARANCE
☑ ARRAIGNMENT

☑ Defendant Sworn     ☐ Interpreter Required

☑ Dft appears: ☐ with counsel ☑ without counsel ☐ pro se ☐ Counsel appears on behalf of defendant

☑ Date of arrest 1/19/23     (Other district court & case #) _____

☑ Defendant ☑ advised of charges, penalties, and rights

☑ Dft first appearance with counsel ☐ CJA appointed ☐ Retained ☑ Federal Public Defender appointed
Attorney: Mike Pannitto

☐ Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.

☑ Defendant requests appointed counsel, is sworn and examined re: financial status.

☑ Financial affidavit executed by defendant.
The court finds the defendant is ☐ able to employ counsel ☑ unable to employ counsel.

☐ _____ appointed     ☑ U.S. Pub Defender Mike Pannitto appointed

☐ If defendant cannot retain counsel, the Court is to be advised within ___ days so counsel may be appointed.

☑ Govt ~~motion~~ oral motion for detention ☐ Govt oral motion for continuance     ☐ Oral Order granting ☐ Oral Order denying

☐ Defendant oral motion to continue detention hearing     ☐ Oral Order granting ☐ Oral Order denying

☐ Arraignment set _____

☐ Detention Hrg set _____     ☐ Temp Detention Order Pending Hearing

☐ Ordering setting conditions of release   ☐ Bond executed

☑ Defendant signed Waiver of Detention Hearing.

☑ Defendant remanded to custody of United States Marshal

☐ Defendant motion _____

☐ Government motion _____

_____

_____

## ARRAIGNMENT

☑ Arraignment held

☑ Dt appears with counsel

☑ Dft  ☑ sworn
  ☑ received copy of charges    ☑ discussed charges with counsel    ☐ charges read
  ☑ waived reading of charges

☑ Dft enters a plea of ☑ not guilty
  To _Ct 1 of the Indictment_____

☑ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conferences/jury selection and trial setting on: _SDJ  4/3/23_____  Pretrial Date: _____

☑ _Rule 5f order_____

☐ _____

☑ Df remanded to custody USM    ☐ Dft RELEASED on conditions of release after out-processing by USM

☐ Recess _____