

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JAN 2 3 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CASE NUMBER 4:22-CR-00289 |
| v. | § § § | |
| GUY WESLEY REFFITT | § § | |

## WAIVER OF DETENTION HEARING

I, **GUY WESLEY REFFITT,** having been charged in the Indictment, having appeared before the Court and been advised of my rights as required by Title 18 U.S.C. Section 3142 et seq., including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

## JUZGADO FEDERAL DE PRIMERA INSTANCIA
## DISTRITO DEL ESTE DE TEXAS
## DIVISIÓN DE SHERMAN

| | | |
|---|---|---|
| ESTADOS UNIDOS DE AMÉRICA | § § § | CAUSA PENAL NRO. 4:22-CR-00289 |
| v. | § § § | |
| GUY WESLEY REFFITT | § § | |

## RENUNCIA A LA AUDIENCIA DE DETENCIÓN

Yo, **GUY WESLEY REFFITT,** acusado de infringir el Acusación formal, después de comparecer ante el juez y de ser informado de mis derechos, inclusive mi derecho de tener una audiencia de detención, según lo dispone el Título 18 del Código Federal, Artículo 3142 et seq,

por medio de la presente renuncio a mi derecho de tener una audiencia de detención y convengo en quedar detenido mientras esté pendiente la resolución de esta causa.

_____
**GUY WESLEY REFFITT**, Acusado (Defendant)

_____
Abogado del Acusado (Attorney for Defendant)

Fecha (Date): January 23, 2023