**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 4:22cr289 |
| | § | |
| GUY WESLEY REFFITT (1) | § | |

**ORDER**

Defendant Guy Wesley Reffitt's Motion for Continuance (#26) is granted.

The Court, having considered the factors set forth in 18 U.S.C. § 3161, finds as follows:

1.  Defendant's request is made knowingly, intelligently, and voluntarily.

2.  The Government has no objection to a continuance.

3.  Having considered the factors listed in 18 U.S.C. § 3161(h)(7)(B), the Court finds that the ends of justice served by granting Defendant's request outweigh the best interests of the public and the Defendant in a speedy trial.

4.  This continuance is required to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence.

5.  The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

Defendant's Motion for Continuance is **GRANTED**, and this case is **reset** for **Pretrial Conference and Trial Scheduling** on **February 5, 2024, at 9:00 a.m.**

So ORDERED and SIGNED this 30th day of November, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE